IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS LYNN VANDERSLICE, JR.<br><br>Defendant. | CR 21-36-BLG-SPW<br><br>ORDER |

Defendant having filed a Motion to Set Change of Plea Hearing (Doc. 38) on April 6, 2022,

**IT IS HEREBY ORDERED** that the suppression hearing set for Friday, April 8, 2022 at 9:00 a.m. is **VACATED**

**IT IS FURTHER ORDERED** that the Defendant's Motion to Suppress Evidence (Doc. 17) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that a change of plea hearing is set for **Thursday, April 14, 2022 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty.   The time between April 6, 2022 and April

1

14, 2022 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

**IT IS FURTHER ORDERED** that the Plea Agreement shall be filed with the Court on or before **April 12, 2022**.

DATED this 6th day of April, 2022.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE