IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. DOUGLAS LYNN VANDERSLICE, JR., Defendant. | CR 21-36-BLG-SPW FINAL ORDER OF FORFEITURE |
|---|---|

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture (Doc. 50). Having reviewed the motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A preliminary order of forfeiture was entered on April 25, 2022 (Doc. 48);

1

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. There appears cause to issue a forfeiture order under 18 U.S.C. § 924(d);

It is therefore ORDERED that:

1. The motion for final order of forfeiture (Doc. 50) is **GRANTED**.

2. Judgment of forfeiture of the following property shall enter in favor of the United States, pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Approximately 100 rounds of assorted ammunition, CAL .380; and
- Smith and Wesson M&P 380 Shield Pistol, SN: RDF5697.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 21st day of June, 2022.

SUSAN P. WATTERS
United States District Judge